IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LARRY DONNELL BOSWELL, JR., | § | |
| TDCJ No. 02011634, | § | |
| | § | |
| V. | § | W-23-CV-211-ADA |
| | § | |
| BOBBY LUMPKIN. | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner Larry Donnell Boswell, Jr.'s Petition for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Larry Donnell Boswell, Jr.'s Petition for Habeas Corpus Relief is hereby **DISMISSED WITH PREJUDICE** as untimely.

It is finally **ORDERED** that the above styled and numbered cause is **CLOSED**.

SIGNED this 10th day of May, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE